UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RICHARD E. KLARE,

                              Plaintiff,         **ORDER ON MOTION TO DISMISS**

    - against -                                No. 24-CV-8565 (CS)

STEVEN JAMES and TIMOTHY MCELDUFF,

                             Defendants.
-------------------------------------------------------------x

Seibel, J.

    For the reasons set forth on the record at the January 7, 2026 conference, the Defendants'

motion to dismiss, (ECF No. 17), is GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated: February 12, 2026
       White Plains, New York

                                  _____
                                CATHY SEIBEL, U.S.D.J.